UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  | : |  |
| --- | --- | --- |
| TYSHEIM MURPHY, | : |  |
|  | : | Civ. Action Nos. 17-2960 (NLH) |
| Petitioner, | : | 17-4007 (NLH) |
|  | : |  |
| v. | : | MEMORANDUM OPINION |
|  | : |  |
| PATRICK NOGAN, | : |  |
|  | : |  |
| Respondent. | : |  |
|  | : |  |

It appearing that:

1. On March 22, 2017, Petitioner Tysheim Murphy ("Petitioner") filed his initial Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, which challenges his 2010 New Jersey state court conviction for various offenses. (Civil Action No. 17-2960, ECF No. 1.)

2. Because the Petition did not include any supporting facts for the grounds he raised, and because he failed to submit a complete application to proceed in forma pauperis, the Court administratively terminated the case. (Id. at ECF Nos. 2-3.)

3. Thereafter, Petitioner submitted an Amended Petition, which was inadvertently docketed as a new matter. (Civil Action No. 17-4007.)

4. While the Amended Petition does contain facts supporting his grounds for relief, Petitioner failed to submit the Amended Petition on the proper form because it does not contain page 17. Page 17 requires Petitioner's signature acknowledging that he must include all the grounds for relief from the conviction or sentence in his petition and if he fails to set forth all the grounds, he may be barred from presenting additional grounds at a later date. (Id. at ECF No. 1.)

5. Petitioner has also still failed to supply a complete in forma pauperis application or the $5 filing fee, as was required by the Court's previous Order. (Civil Action No. 17-2960, ECF Nos. 2, 3.)

6. For these reasons, the Court will direct the Clerk of the Court to re-open Civil Action No. 17-2960; to file the Petition docketed in Civil Action No. 17-4007 as an amended petition in Civil Action No. 17-2960; and to close Civil Action No. 17-4007. The Court will also direct the Clerk to again administratively terminate Civil Action No. 17-2960 for failure to use the proper form and failure to submit a complete application to proceed in forma pauperis or the filing fee.

7. If Petitioner wishes to reopen Civil Action No. 17-2960, within 30 days, he must submit a complete, signed habeas petition on the correct form which includes the acknowledgement

contained on page 17.  He must also submit either the $5 filing fee or a complete in forma pauperis application.

8. An appropriate order follows.

Dated: June 9, 2017                   s/ Noel L. Hillman
At Camden, New Jersey                 NOEL L. HILLMAN, U.S.D.J.